UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ, | No. 2:16-cv-1266 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

On June 13, 2016, this court issued findings and recommendations which recommend dismissal of this action without prejudice due to petitioner's failure to obtain authorization from the Ninth Circuit Court of Appeals to proceed in the district court with a successive petition for writ of habeas corpus, as required under 28 U.S.C. § 2244(b)(3)(A). See ECF No. 6. In response, petitioner has filed a motion to withdraw his petition. See ECF No. 9.

For good cause shown, petitioner's motion to withdraw his petition, ECF No. 9, is GRANTED, and this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1)(A). The Clerk of Court is directed to close this case.

DATED: July 25, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE